**Opinion issued April 30, 2013**



In The

# Court of Appeals
**For The**
# First District of Texas

———

**NO. 01-12-01110-CV**

———

**VARUN TREHAN, Appellant**

**V.**

**NORTH CYPRESS MEDICAL CENTER, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1006168**

## MEMORANDUM OPINION

Appellant Varun Trehan has failed to timely file a brief. *See* TEX. R. APP. P.

38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file

brief).   After being notified that this appeal was subject to dismissal, appellant did not respond.   *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Sharp, and Huddle.